AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| David Sesma Aguilar, | ) | Case No.  17- 7547MJ |
| a.k.a.: David Sesma-Aguilar, | ) | |
| a.k.a.: David Sesma, | ) | |
| a.k.a.: Gabriel Estrada, | ) | |
| (A071 617 726) | | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 27, 2015, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

David Sesma-Aguilar, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about December 18, 2003, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced (b)(1).I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Salvador Delgado II,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  November 6, 2017

_____
*Judge's signature*

City and state:  Phoenix, Arizona

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Salvador Delgado II, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE).  I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 27, 2015, David Sesma-Aguilar was booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Sesma-Aguilar was examined by Immigration Enforcement Agent C. Spohn who determined Sesma-Aguilar to be a Mexican citizen, unlawfully present in the United States.  On the same date, an immigration detainer was lodged with the county jail.  On November 3, 2017, Sesma-Aguilar was released from the Arizona Department of Corrections and transported to the Florence ICE office for further investigation and processing.  Sesma-Aguilar was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed David Sesma-Aguilar to be a citizen of Mexico and a previously deported criminal alien. Sesma-Aguilar was removed from the United States to Mexico through Nogales, Arizona, on or about December 18, 2003, pursuant to an order of removal issued by an immigration Official. There is no record of Sesma-Aguilar in any Department of Homeland Security database to suggest that

1

he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. David Sesma-Aguilar's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that David Sesma-Aguilar was convicted of Attempted Possession of Marijuana for Sale in an Excess of Four Pounds, a felony offense, on January 26, 2001, in the Superior Court of Arizona, Maricopa County. Sesma-Aguilar was sentenced to three and one half (3.5) years' incarceration and one (1) day for every seven (7) days of the sentenced imposed of probation. Sesma-Aguilar's criminal history was matched to him by electronic fingerprint comparison.

5. On November 3, 2017, David Sesma-Aguilar was advised of his constitutional rights. Sesma-Aguilar freely and willingly acknowledged his rights and agreed to provide a statement under oath. Sesma-Aguilar stated that his true and complete name is David Sesma Aguilar and that he is a citizen of Mexico. Sesma-Aguilar stated that he legally entered the United States at or near Douglas Arizona, on an unknown date in 2013, with inspection by an immigration officer. Sesma-Aguilar further stated that he had been removed from the United States to Mexico on two (2) occasions.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about July 27, 2015, David Sesma-Aguilar, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about December 18, 2003, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

2

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).


Salvador Delgado II,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 6th day of November, 2017.


Bridget S. Bade,
United States Magistrate Judge

3